

# Murphy & Prachthauser, S.C.
ATTORNEYS AT LAW

330 E. Kilbourn Ave. // Suite 1200  
Milwaukee, Wisconsin 53202

Phone: 414.271.1011  
Toll Free: 888.271.1022

Fax: 414.271.9987  
murphyprachthauser.com

James J. Murphy  
(1959 - 2007)

Don C. Prachthauser  
Keith R. Stachowiak  
Thadd J. Llaurado  
Mark D. Baus  
M. Josef Zimmermann  
Michelle M. Hockers

Offices in:  
Milwaukee Downtown  
Milwaukee Southside  
Mequon  
Waukesha

August 6, 2020

EFILE

District Judge William M. Conley  
United States District Court  
Western District of Wisconsin

      RE:    *Duwe, Daniel et al v. Rust-Oleum Corporation et al*  
            Case No. 19-CV-394-wmc

Dear Judge Conley:

Please be advised that the case of *Duwe v. Rust-Oleum Corp., et al* (Case No. 19-CV-294-wmc) resolved at mediation. A Stipulation and Order for Dismissal will be provided shortly.

On behalf of all the parties, I would like to thank the Court and the Court's staff for all courtesies provided.

Very truly yours,

MURPHY & PRACHTHAUSER, S.C.

Thadd J. Llaurado

TJL/llk

Enclosure

cc    Magistrate Stephen L. Crocker  
       Mr. James Stephen Bennett/Ms. Abigail M. Butler  
       Mr. Gregg R. Brown